**UNITED STATES**

v.

**Lawrence C. ESPINOZA, 585 92 1971, Lance Corporal (E–3), U. S. Marine Corps.**

**NCM 80 3214.**

U. S. Navy Court of Military Review.

19 March 1981.

---

CAPT James P. Axelrod, USMC, Appellate Defense Counsel.

LCDR John C. Vinson, JAGC, USN, Appellate Government Counsel.

Before CEDARBURG, C. J., and SANDERS and BOHLEN, JJ.

PER CURIAM:

We have examined the record of trial, the summary assignment of error, and the Government's reply thereto and have concluded that the findings and sentence are

---

1. *See United States v. Carter*, 4 MJ 758 (ACMR 1977); *United States v. Thompson*, 47 CMR 565 (NCMR 1973).

correct in law and fact and t' at no error materially prejudicial to the substantial rights of the appellant was committed. It is apparent that the supervisory authority's action transmitting the record to the Judge Advocate General of the Navy meets the requirements of both *United States v. Keller*, 1 M.J. 159 (CMA 1975), and *United States v. Harris*, No. 80 0231 (NCMR 30 May 1980). The former case mandates a justification for the supervisory authority's action when it differs from that recommended by his staff judge advocate. The latter case calls for a comparison of the staff judge advocate's recommendation with the action showing what the supervisory authority considered as substantial factors influencing his action. Here the supervisory authority considered (1) the recommendation, (2) the general nature of the offense, (3) the appellant, (4) the circumstances surrounding the offense and, (5) the effect of the offense on appellant's command. No more is required.

Accordingly, the findings and sentence as approved on review below are affirmed.